**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW, ) ) ) **Plaintiff,** ) ) v. ) ) LSREF 2 WINDMILL REO (NEW YORK), LLC, ) ) ) **Defendant.** ) ) ) | CIVIL ACTION NO. 1:14-cv-02030-RJL Notice of Dismissal with Prejudice |

Pursuant to Rule 41(a)(1)(i), Plaintiff Lawyers' Committee for Civil Rights Under Law hereby files a Notice of Dismissal with Prejudice of the Complaint. Defendant has not been served with the Complaint, nor has it served an answer or a motion for summary judgment.

DATED: April 6, 2015

Respectfully submitted,

/s/ Barbara S. Wahl
Barbara S. Wahl, D.C. Bar No. 297978
Karen Ellis Carr, D.C. Bar No. 975480
ARENT FOX LLP
1717 K Street, N.W.
Washington, DC  20006-5344
202.857.6000 – Telephone
202.857.6395 – Facsimile
Barbara.wahl@arentfox.com
Karen.carr@arentfox.com

*Attorneys for Plaintiff Lawyers' Committee for Civil Rights Under Law*